IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3136 |
| v. | ) | |
| | ) | |
| SHAD LEROY BUTTERFIELD, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for investigation of release options, filing 11, is granted.  Pretrial Services is directed to investigate potential pretrial release options, including treatment in a residential treatment facility.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge