IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3136 |
| v. | ) | |
| | ) | |
| SHAD LEROY BUTTERFIELD, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

A hearing on the motion of defense counsel to withdraw, filing 15, is set for December 8, 2006 at 1:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for this hearing.

DATED this 1st day of December, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge