IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| SHAD LEROY BUTTERFIELD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I have been advised that the defendant has fled and because he has fled his lawyer has been given leave to withdraw. See text minute entry (filing 18). Under these circumstances, I will take the case off the trial calendar for Monday, December 18, 2006, and I will exclude the time for computation purposes under the Speedy Trial Act. Therefore,

IT IS ORDERED that:

(1) This case is removed from the trial docket until further order of the court.

(2) The time between November 24, 2006 (the date that the defendant absconded) and the date the defendant next appears in this court is excluded for Speedy Trial computation purposes under the provisions 18 U.S.C. § 3161(h)(3)(A)&(B).

December 13, 2006.         BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge