IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| SHAD LEROY BUTTERFIELD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Having carefully considered the matter,

IT IS ORDERED the government's motion to reconsider (filing 20) the undersigned's order dated December 13, 2006 (filing 19) is denied.

December 15, 2006.   BY THE COURT:

　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　United States District Judge