IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3136 |
| | ) | |
| V. | ) | |
| | ) | |
| SHAD LEROY BUTTERFIELD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The court remains agnostic as to whether Mr. Lonowski was ignorant or arrogant. That said,

IT IS ORDERED that filing 47 is granted and the defendant shall have until April 23, 2009 to submit his written statement of position.

DATED this 15th day of April, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge